UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John C. Borschel | Chapter 13<br>Bankruptcy No.20-12768-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of October, 2020, by first class mail upon those listed below:

John C. Borschel
1730 Blue Barn Road
Orefield, PA  18069-9005

**Electronically via CM/ECF System Only:**

STEPHEN J PALOPOLI III ESQ
1125 S CEDAR CREST BLVD
SUITE 205
ALLENTOWN, PA  18103-7903

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee