# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John C. Borschel aka John Clifton Borschel<br>       Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>       Movant<br>vs. | NO. 20-12768 PMM |
| John C. Borschel aka John Clifton Borschel<br>       Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br>       Trustee | |

## ORDER

AND NOW, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5081 Shankweiler Road, Orefield, PA 18069 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

United States Bankruptcy Judge.

**Date: November 24, 2020**

John C. Borschel aka John Clifton Borschel
1730 Blue Barn Road
Orefield, PA 18069-9005

Stephen J. Palopoli, III Esq.
1125 S. Cedar Crest Blvd., Suite 205
Allentown, PA 18103

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532