# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 13 |
|---|---|---|
| | : | |
| John C. Borschel, | : | Case No. 20-12768 – PMM |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion to Allow Late Filing of Proof of Claim ("the Motion") (Doc. # 26), filed by SN Servicing Corporation as servicer or U.S. Bank Trust N.A., as Trustee of Chalet Services III Trust;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **January 4, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  December 3, 2020

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE