United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-12768-pmm
John C. Borschel Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Dec 03, 2020     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John C. Borschel, 1730 Blue Barn Road, Orefield, PA 18069-9005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

**Name**     **Email Address**

JAMES RANDOLPH WOOD
on behalf of Creditor North Whitehall Township and Parkland School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
on behalf of Creditor US Bank Trust National Association et al ... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III
on behalf of Debtor John C. Borschel s.palopoli@verizon.net betsylavelle@yahoo.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Dec 03, 2020 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **John C. Borschel,** | : | Case No. 20-12768 – PMM |
| | : | |
| Debtor. | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion to Allow Late Filing of Proof of Claim ("the Motion") (Doc. # 26), filed by SN Servicing Corporation as servicer or U.S. Bank Trust N.A., as Trustee of Chalet Services III Trust;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **January 4, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date:  December 3, 2020**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**