United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C. Borschel  
    Debtor(s)

Case No. 20-12768-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Jan 04, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John C. Borschel, 1730 Blue Barn Road, Orefield, PA 18069-9005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

**Name**      **Email Address**

JAMES RANDOLPH WOOD  
    on behalf of Creditor North Whitehall Township and Parkland School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

LORRAINE GAZZARA DOYLE  
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ  
    on behalf of Creditor US Bank Trust National Association et al ... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ  
    on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)  
    ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III  
    on behalf of Debtor John C. Borschel s.palopoli@verizon.net  betsylavelle@yahoo.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 User: Adminstra Page 2 of 2
Date Rcvd: Jan 04, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 20-12768-pmm |
| | : | |
| | : | Chapter 13 |
| John C. Borschel *aka John Clifton Borschel* | : | |
| Debtor. | : | Judge: Patricia M. Mayer |
| | : | |
| SN Servicing Corporation as Servicer for U.S. | : | |
| Bank Trust National Association as Trustee of | : | |
| the Chalet Series III Trust | : | |
| Movant | : | |
| | : | |
| John C. Borschel *aka John Clifton Borschel* | : | |
| Scott F. Waterman - Trustee | : | |
| Respondents. | : | |
| | : | |

## CONSENT ORDER RESOLVING
## MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

This __4th__ day of __January__. 20 _21_, the Consent Order regarding the filing of a late Proof of Claim by SN Servicing Corporation is hereby **APPROVED** and entered as an **ORDER OF COURT**.

BY THE COURT:

*Patricia M. Mayer*
_____
J.

|  |  |
|---|---|
| Applicant: | <u>SN Servicing Corporation</u> |
| Applicant's Counsel: | <u>Friedman Vartolo LLP</u> |
| Debtor's Counsel: | <u>Stephen J. Palopoli, III</u> |
| Property (Collateral): | 1730 Blue Barn Road, Orefield, PA 18069 |

For good cause shown, the late claim is allowed, and the debtor is set to repay the total claim over a 60-month plan term, subject to the following conditions:

- First year: $1,000.00 x 12 months = $12,000.00
- Second year: $1,250.00 x 12 months = $15,000.00
- Third year: $1,500.00 x 12 months = $18,000.00
- Fourth year: $1,750.00 x 12 months = $21,000.00
- Fifth year: Borrower to pay the remaining claim amount of $26,234.46 over 11 months at $2,186.21 per month with one final payment of $2,186.15
- **Total Claim Amount** = $92,234.46

Payments to the Secured Creditor shall be made to the following address:

Payments:    **SN Servicing Corporation**
P.O. Box 660820
Dallas, TX 75266

- In the event of default:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Stephen J. Palopoli
Stephen J. Palopoli, III, Esq.
*Attorney for Debtor*

/s/ Lorraine Gazzara Doyle
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*