# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: John C Borschel
Case No: 20-12768
Business Name: Allentown Cat. Wholesale Foods AvW.F.
For the Month & Year (e.g.1/98): October 20/20

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | 12,700 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | 12,700  $0.00 |
| **ACTUAL BUSINESS EXPENSE PAID** | |
| (5) Rent/Lease | |
| (6) Utilities (Electricity, Gas, Water & Sewer) | |
| (7) Telephone | |
| (8) Insurance | $210.00 |
| (9) Wages for Employees | |
| (10) Wages for Self/Owner(s) | $5200.00 |
| (11) Taxes   PROPERTY-TAXES  SCHOOL LOCAL | $3850.00 |
| (12) Gas and Fuel for Business Vehicles | $500.00 |
| (13) Other (Specify) SAN MARCO LIG- | $900.00 |
| (14) Other (Specify) | |
| (15) Other (Specify) | |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | 10,660.00  0.00 |
| (17) Net Business Income/Loss (Line 4-16) | 2040.00  $0.00 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | |
| (20) Amount Carried Over from Last Month | 2980.00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | 5020.00  $0.00 |
| **PERSONAL** | |
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) | 400.00 |
| (24) Telephone | 65.00 |
| (25) Food | 200.00 |
| (26) Transportation (fuel, tolls, parking) | 100.00 |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | $765.00  $0.00 |
| **NET INCOME (LOSS)** | |
| (33) Gross Excess Income (line 21 - line 32) | 4255.00  $0.00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | 1955.00 |
| (35) Net Excess Income (line 33 - line 34) | 2300.00  $0.00 |

carry amount on line 35 to next month's report on line 20

Margin notes:
540.00
3850.00
1400.00
10660.00

5020.00
-765.00
4255.00

# CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): JOHN C. BORSCHEL        Chapter 13 Case No.: 20-12768

I, _____, being of full age and duly sworn upon my oath depose(s) and say(s)

    1. I am the business debtor(s) in the above-referenced matter.

    2. I have completed and attached a Monthly Financial Report for the month of OCTOBER 20/20

    3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: OCT 31/20/20        _John C. Borschel_
                                                    Debtor

DATE: _____        _____
                                                    Debtor