## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: John C Borschel
Case No: 20-12768
Business Name: Alentown Catering  AW F Wholesale Foods
For the Month & Year (e.g. 1/98):

| BUSINESS INCOME: Nov. 20/20 | | |
|---|---|---|
| (1) Actual Income from Sales & Service | 13,330 | |
| (2) Other (Specify) | | |
| (3) Other (Specify) | | |
| (4) Total Actual Income [items 1 through 3] | 13,330 | $0.00 |
| **ACTUAL BUSINESS EXPENSE PAID** | | |
| (5) Rent/Lease | | |
| (6) Utilities (Electricity, Gas, Water & Sewer) | | |
| (7) Telephone | | |
| (8) Insurance | | |
| (9) Wages for Employees | | |
| (10) Wages for Self/Owner(s)  $1300 wk x 4 | $5,200.00 | |
| (11) Taxes  300.00 wk x 4 | 1,200.00 | |
| (12) Gas and Fuel for Business Vehicles  120.00 wk x 4 | $480.00 | |
| (13) Other (Specify)  D.W.F Denver Cold Storage | 1,100.00 | |
| (14) Other (Specify) | | |
| (15) Other (Specify) | | |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | $7,980.00 | 0.00 |
| (17) Net Business Income/Loss (Line 4-16) | $5,350.00 | $0.00 |
| (18) Net Wages from Regular Employment/Debtor | | |
| (19) Net Wages from Regular Employment/Spouse | | |
| (20) Amount Carried Over from Last Month | $2,300.00 | |
| (21) Total Net Monthly Income (sum of 17 thru 20) | $7,650.00 | $0.00 |
| **PERSONAL** | | |
| (22) Rent/Mortgage | | |
| (23) Utilities (gas, electric, water, sewer, fuel)  110.00 Elec  70.00 water | 180.00 | |
| (24) Telephone | 58.00 | |
| (25) Food | 200.00 | |
| (26) Transportation (fuel, tolls, parking)  Personal Vehicle | 100.00 | |
| (27) Other (specify)  Cable Dish | 100.00 | |
| (28) Other (specify) | | |
| (29) Other (specify) | | |
| (30) Other (specify) | | |
| (31) Other (specify) | | |
| (32) Total Actual Personal Expenses Paid (22-31) | $636.00 | $0.00 |
| **NET INCOME (LOSS)** | | |
| (33) Gross Excess Income (line 21 - line 32) | $7,014.00 | $0.00 |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT  1955 x 2 | 3,910.00 | |
| (35) Net Excess Income (line 33 - line 34) | 3,104.00 | $0.00 |

carry amount on line 35 to next month's report on line 20

Marginal calculations:
13,330.00
− 7,980.00
$5,350.00

$7,650.00
− 636.00
$7,014.00

## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): __JOHN C. BORSCHEL__    Chapter 13 Case No.: __20/12768__

I, _____, being of full age and duly sworn upon my oath depose(s) and say(s)

1. I am the business debtor(s) in the above-referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __NOVEMBER__, 20__20__.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: __12/2/20__                    __John C Borschel__
                                                            Debtor

DATE: _____                    _____
                                                            Debtor