## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: JOHN C. BORSCHEL
Case No: 20-12768
Business Name: ALLENTOWN CATERING WHOLESALE Foods AWF
For the Month & Year (e.g. 1/98): DECEMBER 20/20

| BUSINESS INCOME: | |
|---|---|
| (1) Actual Income from Sales & Service | $11,500.00 |
| (2) Other (Specify) | |
| (3) Other (Specify) | |
| (4) Total Actual Income [items 1 through 3] | $11,500.00 |

| ACTUAL BUSINESS EXPENSE PAID | |
|---|---|
| (5) Rent/Lease | |
| (6) Utilities (Electricity, Gas, Water & Sewer) | |
| (7) Telephone | |
| (8) Insurance | |
| (9) Wages for Employees | |
| (10) Wages for Self/Owner(s) | $5200.00 |
| (11) Taxes | 300.00 |
| (12) Gas and Fuel for Business Vehicles | 400.00 |
| (13) Other (Specify) SAN MARCO WHOLESALE | $900.00 |
| (14) Other (Specify) DENVER COLD STORAGE | $1100.00 |
| (15) Other (Specify) | |
| (16) Total Actual Business Expenses Paid Out (sum of 5 through 16) | $7900.00 |

| | |
|---|---|
| (17) Net Business Income/Loss (Line 4-16) | $3600.00 |
| (18) Net Wages from Regular Employment/Debtor | |
| (19) Net Wages from Regular Employment/Spouse | |
| (20) Amount Carried Over from Last Month | $3104.00 |
| (21) Total Net Monthly Income (sum of 17 thru 20) | $6704.00 |

| PERSONAL | |
|---|---|
| (22) Rent/Mortgage | |
| (23) Utilities (gas, electric, water, sewer, fuel) GAS FUEL $285.00 | $525.00 |
| (24) Telephone  WATER $115.00 | $59.00 |
| (25) Food  ELE. $125.00 | $100.00 |
| (26) Transportation (fuel, tolls, parking) | $50.00 |
| (27) Other (specify) | |
| (28) Other (specify) | |
| (29) Other (specify) | |
| (30) Other (specify) | |
| (31) Other (specify) | |
| (32) Total Actual Personal Expenses Paid (22-31) | $734.00 |

| NET INCOME (LOSS) | |
|---|---|
| (33) Gross Excess Income (line 21 - line 32) | |
| (34) MONTHLY CHAPTER 13 PLAN PAYMENT | $1955.00 |
| (35) Net Excess Income (line 33 - line 34) | $5015.00 |

carry amount on line 35 to next month's report on line 20

Margin calculations:
$11,500.00
− 7,900.00
$3,600.00

$6,704.00
$734.00
5970

$5,970.00
$1,955.00
$5015.00

# CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor(s): __JOHN C BORSCHE__    Chapter 13 Case No.: __20-12768__

I, _____, being of full age and duly sworn upon my oath depose(s) and say(s)

    1. I am the business debtor(s) in the above-referenced matter.

    2. I have completed and attached a Monthly Financial Report for the month of __DECEMBER 20/20__, 20___

    3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: __12/30/20/20__    _____ Debtor

DATE: __12/30/20/20__    _____ Debtor