# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| JOHN C. BORSCHEL aka<br>JOHN CLIFTON BORSCHEL | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20-12768PMM |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor ; LEHIGH COUNTY TAX CLAIM BUREAU

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 1,401.84 has been filed in your name by STEPHEN J. PALOPOLI III, ESQUIRE on 1/28/2021.

Dated: January 29, 2021

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: TINA JACKSON
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)