IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN C BORSCHEL,                                :    BANKRUPTCY NO. 20-12768-PMM

      Debtor                                    :    Chapter 13


### CERTIFICATE OF SERVICE

    I, Betsy Lavelle, Paralegal to Stephen J. Palopoli III, Esquire hereby certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served via first class mail on March 15, 2021 to the following:

John C. Borschel
1730 Blue Barn Road
Orefield, PA 18069-9005

The Lehigh County Tax Claim Bureau
c/o Northeast Revenue Service LLC
17 S. 7th St., Rm. 120
Allentown, PA 18101


Electronically via ECF/System only on March 15, 2021:


    Office of the U.S. Trustee

    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee

    Lorraine Gazzara Doyle, Esq.
    Friedman Vartolo LLP for
    SN Servicing Corporation as servicer for U.S. Bank Trust
    National Association, as Trustee of Chalet Serier III Trust

James Randolph Wood, Esq. for North Whitehall Township
And Parkland School District

Rebecca Ann Solarz for US Bank Trust National Association

March 15, 2021                                                                     __/s/ Betsy Lavelle_____
                                                                                                          Betsy Lavelle