United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-12768-pmm

John C. Borschel                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John C. Borschel, 1730 Blue Barn Road, Orefield, PA 18069-9005 |
| 14516777 | | Cristina Connor, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14533188 | + | North Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14533186 | + | North Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14533551 | + | North Whitehall Township and, Parkland School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14533189 | + | Parkland School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14516779 | | Parkland School District, 1210 Springhouse Rd, Allentown, PA 18104-2119 |
| 14533187 | + | Parkland School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14516780 | | Rushmore Loan Mgmt Services, 15480 Laguna Canyon Rd Ste 100, Irvine, CA 92618-2132 |
| 14539840 | + | SN Servicing Corporation as servicer for, U.S. Bank Trust National Association, c/o Richard Postiglione, Esquire, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14516781 | | The Lehigh County Tax Claim Bureau, c/o Northeast Revenue Service LLC, 17 S 7th St Rm 120, Allentown, PA 18101-2401 |
| 14518138 | + | U.S. Bank Trust National Association, c/o Robertson, Anschutz, Schneid & Crane, 10700 Abbott's Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 14516782 | | US Bank Trust National Assn., 7114 E Stetson Dr Ste 250, Scottsdale, AZ 85251-3264 |
| 14552592 | + | US Bank Trust National Association, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14532044 | | US Bank Trust National Association, Not In Its Ind, c/o Fay Servicing LLC., PO BOX 814609, Dallas, TX, 75381 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14516778 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 19 2021 03:50:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14547148 | + | Email/Text: bknotices@snsc.com | | |
| | | | Mar 19 2021 03:51:00 | U.S. Bank Trust National Association,, as Trustee Chalet Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14516776 | | 20-12768 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 18, 2021 | Form ID: 155 | Total Noticed: 17

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor North Whitehall Township and Parkland School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association et al ... bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor John C. Borschel s.palopoli@verizon.net  betsylavelle@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John C. Borschel

          Debtor(s)

Chapter: 13

Bankruptcy No: 20−12768−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 18th day of March, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Patricia M. Mayer
                      Judge ,
                      United States Bankruptcy Court

70
Form 155