| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12768-PMM**

| | |
|---|---|
| John C. Borschel | Petition Filed Date: 06/24/2020 |
| 1730 Blue Barn Road | 341 Hearing Date: 09/01/2020 |
| Orefield  PA    18069-9005 | Confirmation Date: 03/18/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2020 | $955.00 | 25923612104 | 08/05/2020 | $1,000.00 | 25923612093 | 09/01/2020 | $1,000.00 | 25923613320 |
| 09/01/2020 | $955.00 | 25923613331 | 10/29/2020 | $1,000.00 | 25923614512 | 10/29/2020 | $955.00 | 25923614523 |
| 11/03/2020 | $1,000.00 | 25923615118 | 11/03/2020 | $955.00 | 25923615120 | 12/01/2020 | $955.00 | 25923614861 |
| 12/01/2020 | $1,000.00 | 25923614848 | 12/01/2020 | $1,000.00 | 25923614837 | 12/01/2020 | $955.00 | 25923614850 |
| 01/27/2021 | $1,000.00 | 25923618044 | 01/27/2021 | $955.00 | 25923618055 | 03/03/2021 | $955.00 | 25923617864 |
| 03/03/2021 | $1,000.00 | 25923617853 | 04/07/2021 | $955.00 | 25923620744 | 04/07/2021 | $1,000.00 | 25923620733 |
| 04/28/2021 | $1,000.00 | 25923621238 | 04/28/2021 | $955.00 | 25923621240 | 06/09/2021 | $1,000.00 | 25923623095 |
| 06/09/2021 | $955.00 | 25923623106 | | | | | | |

**Total Receipts for the Period: $21,505.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,505.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NORTH WHITEHALL TOWNSHIP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PARKLAND SCHOOL DISTRICT<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SN SERVICING CORPORATION<br>»» 004 | Ongoing Mortgage | $92,234.46 | $16,662.36 | $75,572.10 |
| 5 | LEHIGH COUNTY TAX CLAIM BUREAU<br>»» 005 | Secured Creditors | $1,401.84 | $1,401.84 | $0.00 |

**Chapter 13 Case No. 20-12768-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,505.00 | Current Monthly Payment: | $1,113.00 |
| Paid to Claims: | $18,064.20 | Arrearages: | ($4,210.00) |
| Paid to Trustee: | $1,681.30 | Total Plan Base: | $104,064.00 |
| Funds on Hand: | $1,759.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.