| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12768-PMM

John C. Borschel  
1730 Blue Barn Road  
Orefield  PA    18069-9005

Petition Filed Date: 06/24/2020  
341 Hearing Date: 09/01/2020  
Confirmation Date: 03/18/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $955.00 | 25923620744 | 04/07/2021 | $1,000.00 | 25923620733 | 04/28/2021 | $1,000.00 | 25923621238 |
| 04/28/2021 | $955.00 | 25923621240 | 06/09/2021 | $1,000.00 | 25923623095 | 06/09/2021 | $955.00 | 25923623106 |
| 08/10/2021 | $1,000.00 | 25923621701 | 08/10/2021 | $955.00 | 25923621712 | 08/18/2021 | $955.00 | 25923624456 |
| 08/18/2021 | $1,000.00 | 25923624445 | 10/06/2021 | $955.00 | 27456600295 | 10/06/2021 | $1,000.00 | 27456600284 |
| 11/24/2021 | $1,000.00 | 27456600925 | 11/24/2021 | $955.00 | 27456600936 | 12/28/2021 | $1,000.00 | 27456602376 |
| 12/28/2021 | $955.00 | 27456602387 | 03/02/2022 | $955.00 | 27456604481 | 03/02/2022 | $1,000.00 | 27456604470 |
| 04/06/2022 | $1,000.00 | 27456606303 | 04/06/2022 | $955.00 | 27456606314 | 05/04/2022 | $955.00 | 27456607260 |
| 05/04/2022 | $1,000.00 | 27456607258 | 07/07/2022 | $955.00 | 27456609150 | 07/07/2022 | $1,000.00 | 27456609148 |

**Total Receipts for the Period: $23,460.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NORTH WHITEHALL TOWNSHIP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PARKLAND SCHOOL DISTRICT<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SN SERVICING CORPORATION<br>»» 004 | Ongoing Mortgage | $92,234.46 | $34,531.06 | $57,703.40 |
| 5 | LEHIGH COUNTY TAX CLAIM BUREAU<br>»» 005 | Secured Creditors | $1,401.84 | $1,401.84 | $0.00 |

Chapter 13 Case No. 20-12768-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,100.00 | Current Monthly Payment: | $1,613.00 |
| Paid to Claims: | $35,932.90 | Arrearages: | ($2,723.00) |
| Paid to Trustee: | $3,167.10 | Total Plan Base: | $104,064.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.