## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | |
| **SUBSTITUTION OF APPEARANCE BY LORRAINE GAZZARA DOYLE, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF ROGER FAY, ESQUIRE IN VARIOUS OPEN CASES** | |

### PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Lorraine Gazzara Doyle, Esquire, and substitute the

appearance of Roger Fay, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

Roger Fay, Esquire
Attorney ID No. 315987
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: rfay@milsteadlaw.com

Lorraine Gazzara Doyle
Attorney ID No. 34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
Telephone: (610) 278-6800
Email: ldoyle@logs.com

# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Pending Cases for:    DOYLE    LORRAINE    GAZZARA    ,    Milstead & Associates, LLC

Total Pending cases for this attorney:    227    as of:    09/29/2022    10:55:29 am

| Chapter | Judge | Case Number | Title | Bar Id: | Prid: 469,609 | terminated | case terminated |
|---------|-------|-------------|-------|---------|----------------|------------|-----------------|
| 13 | mdc | 16-10007-mdc | Theresa Brown Thornton | | | | |
| | | | *Party represented:* | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust | | | |
| | | | *cr* | | | | |
| | | | *Party represented:* | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | | | |
| | | | *cr* | | | | |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | | | | |
| | | | *Party represented:* | U.S. Bank National Association, as Trustee | | | |
| | | | *cr* | | | | |
| | | | *Party represented:* | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 | | | |
| | | | *cr* | | | | |
| 13 | amc | 16-18290-amc | Alfred Naussner | | | | |
| | | | *Party represented:* | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | | | |
| | | | *cr* | | | | |
| | | | *Party represented:* | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 | | | |
| | | | *cr* | | | | |

| 13 | amc | 16-18290-amc | Alfred Naussner | | |
| | | | Party represented: | cr | U.S. Bank National association, as Trustee |
| 13 | amc | 17-10749-amc | John D. McDaniel | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank, National Association, as Trustee |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | | |
| | | | Party represented: | cr | BAYVIEW LOAN SERVICING, LLC |
| | | | Party represented: | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Kenneth Bernard Tadlock | | |
| | | | Party represented: | cr | Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Joseph George | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |

| | | | |
|---|---|---|---|
| 13 | amc | 17-14920-amc | La Vonne A. Weaver |
| | | Party represented: | cr  Nationstar Mortgage LLC |
| | | Party represented: | cr  Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 17-15250-pmm | Scott Paul Labar and Terry Janel Labar |
| | | Party represented: | cr  Federal Home Loan Mortgage Corporation, as Trustee |
| | | Party represented: | cr  SELECT PORTFOLIO SERVICING, INC. |
| 13 | amc | 17-16093-amc | Christopher M Smith and Jacqueline Smith |
| | | Party represented: | cr  NATIONSTAR MORTGAGE LLCD/B/A MR. COOPER |

| 13 | mdc | 17-17954-mdc | Jeffrey L. Williams | | |
| | | Party represented: | or | Deutsche Bank National Trust Company, as Indenture Trustee |
| | | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | amc | 17-18120-amc | Wayne Crozier | | |
| | | Party represented: | or | Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| | | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez | | |
| | | Party represented: | or | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 18-10749-amc | Kingsley R. Wright | | |

| Ch. | Judge | Case No. / Debtor | Party represented | Creditor | cr |
|---|---|---|---|---|---|
| | | | Party represented: | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | cr |
| | | | Party represented: | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 | cr |
| 13 | elf | | Party represented: | U.S. Bank National Association, as successor trustee | cr |
| 13 | elf | 18-10918-elf  Paul J. McGinn, Sr. | Party represented: | Wells Fargo Bank, National Association. as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2005-FM1 | cr |
| 13 | mdc | 18-10921-mdc  Domenica Carcione | Party represented: | Plaza Home Mortgage, Inc. | cr |
| 13 | pmm | 18-10950-pmm  Torsten Bay and Lisa M Bay | Party represented: | Deutsche Bank National Trust Company, As Trustee | cr |
| 13 | pmm | 18-11243-pmm  Kimberly A. Kauffman and Philip G. Kauffman | Party represented: | SERVICEMAC, LLC | cr |
| 13 | elf | 18-11419-elf  Joseph D Winkis and Kathleen K Winkis | Party represented: | Nationstar Mortgage LLC d/b/a Mr. Cooper | cr |
| 13 | mdc | 18-11726-mdc  Catherine J. Broadwater | Party represented: | OneMain Financial Services, Inc. | cr |

| 13 | elf | 18-12176-elf | Marjorie B Connor | | |
| | | Party represented: | | cr | *Select Portfolio Servicing, Inc* |
| 13 | amc | 18-12207-amc | Stephanie E. West-Beatty | | |
| | | Party represented: | | cr | *Planet Home Lending, LLC as servicer for Wilmington Trust, N.A., Not in its Individual Capacity but Solely in its Capacity as Trustee of MFRA Trust 2015-1* |
| 13 | amc | 18-12281-amc | Mark Hatcher | | |
| | | Party represented: | | cr | *Select Portfolio Servicing, Inc.* |
| | | Party represented: | | cr | *The Bank of New York Mellon* |
| 13 | mdc | 18-12329-mdc | Mark Sobel | | |
| | | Party represented: | | cr | *HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3* |
| | | Party represented: | | cr | *HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3* |
| | | Party represented: | | cr | *Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association* |
| 13 | elf | 18-12434-elf | Ewa Karpeta | | |
| | | Party represented: | | cr | *Federal Home Loan Mortgage Corporation* |

| Ch. | Judge | Case No. | Debtor | | Party represented |
|---|---|---|---|---|---|
| 13 | elf | 18-12727-elf | Ryan J. Yun | Party represented: | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 |
| | | | | or | Select Portfolio Servicing, Inc. |
| | | | | or | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 |
| 13 | mdc | 18-13224-mdc | Gordon J Schwartz and Phyllis Schwartz | Party represented: | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee |
| | | | | or | |
| 13 | pmm | 18-13329-pmm | Frank Joseph Grohotolsky, III | Party represented: | Bayview Loan Servicing, LLC |
| | | | | or | Community Loan Servicing, LLC |
| 13 | pmm | 18-13578-pmm | Lynne M. Decker and Thomas K. Decker, Jr. | Party represented: | Deutsche Bank National Trust Company, As Trustee |
| | | | | or | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 |
| 13 | mdc | 18-13847-mdc | Martin Washington and Patricia Washington | Party represented: | Grand Avenue Mortgage Loan Trust 2017-RPL1 |
| | | | | or | |
| 13 | elf | 18-13931-elf | Angela G. Parks | Party represented: | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL. |
| | | | | or | |

| 13 | elf | 18-13931-elf | Angela G. Parks | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | Avis A. Garrett | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | elf | 18-14293-elf | Jerry Jefferson | | |
| | | | Party represented: | cr | U.S. Bank, National Association, as Trustee |
| | | | | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | elf | 18-14294-elf | Una M. Harmon | | |
| | | | Party represented: | cr | U.S. BANK NATIONAL ASSOCIATION, as Trustee |
| | | | | cr | U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | amc | 18-14407-amc | Richard B. Greaves | | |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee, |
| | | | | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | mdc | 18-14803-mdc | Seamus A Smith | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | pmm | 18-15061-pmm | Karen Shapiro | Party represented: | cr | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | mdc | 18-15365-mdc | Ronald L Evans | Party represented: | cr | U.S. Bank, N.A., successor trustee |
|  |  |  |  | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | amc | 18-15628-amc | Tamera E. Lawrence | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
|  |  |  |  | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16254-elf | Carollynn O&#039;Connor | Party represented: | cr | Select Portfolio Servicing, Inc. |

| 13 | elf | 18-16694-elf | Michelle W Murphy | | |
|---|---|---|---|---|---|
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |

| 13 | mdc | 18-17117-mdc | Linster Noah Murrell, Jr. | | |
| | | | Party represented: | cr | Deutche Bank National Trust Company, as Trustee |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| 13 | mdc | 18-17429-mdc | Glenn Erik Nyce | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 7 | elf | 18-17430-elf | Sharonn E. Thomas | | |
| | | | Party represented: | cr | THE BANK OF NEW YORK MELLON |
| 13 | mdc | 18-17768-mdc | Tara Marie Culbreath | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-17870-mdc | Leanna Brown and Leanna Brown | | |
| | | | Party represented: | cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | mdc | 18-18042-mdc | Dasimah S. Poole | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee |
| | | | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |

| 13 | elf | 18-18160-elf | Camilla Brown | | |
| | | Party represented: | | or | Wilmington Savings Fund Society, FSB |

| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | | |
| | | Party represented: | | or | Deutsche Bank National Trust Company, As Trustee |

| 13 | pmm | 19-10365-pmm | Angelica Peguero | | |
| | | Party represented: | | or | U.S. Bank National Association, as Trustee |

| Ch | Judge | Case Number | Debtor | | Creditor |
|----|-------|-------------|--------|--|----------|
| 13 | amc | 19-10989-amc | Marc A Maglio | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Kimberley C Johnson and Douglas W Johnson | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11134-elf | Elena Papanikolaou | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11223-elf | Stephanie A. Rehrig | | |
| | | | Party represented: | cr | Carrington Mortgage Services, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 13 | elf | 19-11386-elf Robert A. LaRosa | | | |
| | | Party represented: | or | | ABS Loan Trust VI |
| | | Party represented: | or | | ABS REO Trust VI |
| 13 | pmm | 19-11448-pmm Nancy Gene Cooper | | | |
| | | Party represented: | or | | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HET, Mortgage Pass-Through Certificates, Series 2005-HET |
| | | Party represented: | or | | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | mdc | 19-12644-mdc Essa-Aisha A Purnell and Abdou R Gueye | | | |
| | | Party represented: | or | | WELLS FARGO BANK, N.A. |
| | | Party represented: | or | | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-12806-mdc William T. Powell | | | |
| | | Party represented: | or | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Party represented: | or | | Select Portfolio Servicing, Inc. |

| 13 | mdc | 19-13412-mdc | Raymond T. Blue | | |
| | | | Party represented: | cr | *Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5* |
| 13 | amc | 19-13449-amc | Ronald J Logue and Mariann Logue | | |
| | | | Party represented: | cr | *Bayview Loan Servicing, LLC* |
| | | | | cr | *Community Loan Servicing, LLC* |
| 13 | pmm | 19-13552-pmm | Kevin Rota and Bobbie Ann Rota | | |
| | | | Party represented: | cr | *FEDERAL HOME LOAN MORTGAGE CORPORATION* |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | | |
| | | | Party represented: | cr | *Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company* |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | | |
| | | | Party represented: | cr | *HSBC Bank USA, National Association, as Trustee* |

| 13 | elf | 19-14471-elf | Cynthia Crawford | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A. |
| | | | Party represented: | cr | Wells Fargo Bank, National Association |
| 13 | amc | 19-15144-amc | Nathaniel F Mallory | | |
| | | | Party represented: | cr | OSAT TRUST 2019-1 |
| 13 | amc | 19-15306-amc | Mervin J. Conner, Jr. | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | amc | 19-15589-amc | Samantha Lashear Lomax | | Deutche Bank National Trust Company, as Trustee |
| | | | Party represented: | cr | |
| 13 | clf | 19-15845-clf | Andre T. Morris | | Bank of America, N.A. |
| | | | Party represented: | cr | |
| 13 | amc | 19-15865-amc | Carl L Loc | | Carrington Mortgage Services, LLC |
| | | | Party represented: | cr | |
| 13 | pmm | 19-16031-pmm | Tammy L. Slagon | | Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| | | | Party represented: | cr | |
| 13 | amc | 19-16285-amc | Karen I. Hogue | | U.S. Bank National Association, |
| | | | Party represented: | cr | |
| 13 | amc | 19-16290-amc | Victor Ocasio | | Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| | | | Party represented: | cr | |
| 13 | clf | 19-16693-clf | Patricia A. Panetta | | Pingora Loan Servicing |
| | | | Party represented: | cr | |
| 13 | amc | 19-16963-amc | Janelle Kernan | | Sun West Mortgage Company, Inc. |
| | | | Party represented: | cr | |
| 13 | pmm | 19-17042-pmm | Janet Corojo | | Deutche Bank National Trust Company, As Trustee |
| | | | Party represented: | cr | |

| 13 | pmm | 19-17522-pmm | Daniel L. Amy | | |
| | | Party represented: | | cr | Bayview Loan Servicing, LLC |
| | | Party represented: | | cr | Community Loan Servicing, LLC |
| 13 | amc | 19-17672-amc | Terrance Waller | | |
| | | Party represented: | | cr | Carrington Mortgage Services, LLC. |
| 13 | elf | 20-10020-elf | Thelma Wright | | |
| | | Party represented: | | cr | Deutche Bank National Trust Company, as Trustee |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | | |
| | | Party represented: | | cr | U.S. Bank National Association, as Trustee |
| | | Party represented: | | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006-8 |
| 13 | pmm | 20-10162-pmm | Tina Marie Stumpp | | |
| | | Party represented: | | cr | Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT |

| 13 | amc | 20-10233-amc | Claudette Webb | | |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| 13 | amc | 20-11060-amc | David Harry | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | elf | 20-11138-elf | Lori L Nardella | | |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |
| 13 | mdc | 20-11143-mdc | Kevin K. Jones | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |

Page 19 of 29

| 13 | mdc | 20-11143-mdc | Kevin K. Jones | | |
| | | Party represented: | cr | U.S. Bank N.A., as trustee |
| | | Party represented: | cr | U.S. Bank National Association, as trustee |
| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis | | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 20-13441-elf | Mikaela R. Lerer | | |
| | | Party represented: | cr | BAYVIEW LOAN SERVICING, LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 13 | amc | 20-13636-amc | Miranda Tsang | | |
| | | | Party represented: | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | | Party represented: | cr | ABS Loan Trust VI |
| 13 | pmm | 20-13673-pmm | Steven W. Strickler | | |
| | | | Party represented: | cr | Pingora Loan Servicing ,LLC en\ote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 20-14286-mdc | Angelia M Sutherland | | |
| | | | Party represented: | cr | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| 13 | pmm | 20-14360-pmm | Marcel Y. Crandon and Sharon M. Crandon | | |
| | | | Party represented: | cr | Community Loan Servicing, LLC |
| | | | Party represented: | cr | Community Loan Servicing, LLC |

| 13 | pmm | 20-14360-pmm | Marcel Y. Crandon and Sharon M. Crandon |
| | | Party represented: | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | Party represented: | cr | Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC |
| 13 | mdc | 20-14393-mdc | April E Ettinger |
| | | Party represented: | cr | Federal Home Loan Mortgage Corporation |
| | | Party represented: | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 |
| 13 | elf | 20-14471-elf | Iva Bonelli |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Party represented: | cr | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust |

| 13 | pmm | 20-14877-pmm | Milena Maria Serna | | |
| Party represented: | | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

| 13 | elf | 21-10006-elf | Rashida Patience and Khadri Abdus-Saboor |
| Party represented: | | cr | Deutsche Bank National Company as Trustee |
| Party represented: | | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |

| 13 | elf | 21-10179-elf | Robert B. Steveline and Kathryn A Steveline |
| Party represented: | | cr | U.S. Bank National Association, as indenture trustee |

Page 23 of 29

| 13 | pmm | 21-10691-pmm | Peter Plutko | | |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 21-10701-mdc | Anna M. Taylor | | |
| | | Party represented: | cr | The Bank of New York Mellon Trust Company, NA |

13    pmm    21-11219-pmm    Jeannette Colon

*Party represented:*    *or*    *Select Portfolio Servicing, Inc.*

13    elf    21-11762-elf    Michael A. Mignogna

Party represented:    or    U.S. Bank National Association, as Trustee

| | | | |
|---|---|---|---|
| 13 | mdc | 21-12271-mdc | Carolyn A. Bennett |
| | | Party represented: | cr | Community Loan Servicing, LLC |
| | | Party represented: | cr | Community Loan Servicing, LLC |
| 13 | mdc | 21-12277-mdc | Crystal G. Brown |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee |
| | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association |
| 13 | elf | 21-12294-elf | Joseph R. Pierce, Sr. |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| 7 | elf | 21-12469-elf | Gary Cooper |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | amc | 21-13816-amc | Keith M McMahon | | |
| | | | Party represented: | cr | Wells Fargo Bank, National Association |
| 13 | mdc | 21-13218-mdc | Charlene V Whitfield | | |
| | | | Party represented: | cr | Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC |
| | | | Party represented: | cr | Community Loan Servicing, LLC, a Delaware Limited Liability Company |
| 13 | pmm | 21-13235-pmm | Joseph Ruyak | | |
| | | | Party represented: | cr | THE BANK OF NEW YORK MELLON |
| 13 | mdc | 22-10249-mdc | Joseph L. Amore | | |
| | | | Party represented: | cr | Community Loan Servicing, LLC |