| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-12768-PMM

| | |
|---|---|
| John C. Borschel | Petition Filed Date: 06/24/2020 |
| 1730 Blue Barn Road | 341 Hearing Date: 09/01/2020 |
| Orefield  PA    18069-9005 | Confirmation Date: 03/18/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $1,000.00 | 27456606448 | 08/23/2022 | $955.00 | 27456606450 | 09/20/2022 | $1,000.00 | 27456606652 |
| 09/20/2022 | $955.00 | 27456606663 | 03/29/2023 | $1,000.00 | 27456616034 | 03/29/2023 | $955.00 | 27456616045 |
| 04/18/2023 | $955.00 | 27456617654 | 04/18/2023 | $1,000.00 | 27456617643 | 04/26/2023 | $1,000.00 | 27900570598 |
| 04/26/2023 | $955.00 | 27900570600 | 04/26/2023 | $955.00 | 27456617935 | 04/26/2023 | $1,000.00 | 27456617924 |
| 06/07/2023 | $1,000.00 | 27456618486 | 06/07/2023 | $955.00 | 27456618497 | | | |

**Total Receipts for the Period:  $13,685.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $52,785.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN J PALOPOLI III ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FAY SERVICING LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NORTH WHITEHALL TOWNSHIP<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PARKLAND SCHOOL DISTRICT<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SN SERVICING CORPORATION<br>»»  004 | Ongoing Mortgage | $92,234.46 | $47,043.06 | $45,191.40 |
| 5 | LEHIGH COUNTY TAX CLAIM BUREAU<br>»»  005 | Secured Creditors | $1,401.84 | $1,401.84 | $0.00 |

Chapter 13 Case No. 20-12768-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,785.00 | Current Monthly Payment: | $1,863.00 |
| Paid to Claims: | $48,444.90 | Arrearages: | $3,198.00 |
| Paid to Trustee: | $4,340.10 | Total Plan Base: | $104,064.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.