United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-12768-pmm
John C. Borschel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jan 25, 2024      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John C. Borschel, 1730 Blue Barn Road, Orefield, PA 18069-9005 |
| cr | + | North Whitehall Township and Parkland School Distr, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14516777 | | Cristina Connor, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14533188 | + | North Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14533186 | + | North Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14533551 | + | North Whitehall Township and, Parkland School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14533189 | + | Parkland School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14516779 | | Parkland School District, 1210 Springhouse Rd, Allentown, PA 18104-2119 |
| 14533187 | + | Parkland School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14516781 | | The Lehigh County Tax Claim Bureau, c/o Northeast Revenue Service LLC, 17 S 7th St Rm 120, Allentown, PA 18101-2401 |
| 14516782 | | US Bank Trust National Assn., 7114 E Stetson Dr Ste 250, Scottsdale, AZ 85251-3264 |
| 14552592 | + | US Bank Trust National Association, c/o Rebecca A. Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14532044 | | US Bank Trust National Association, Not In Its Ind, c/o Fay Servicing LLC., PO BOX 814609, Dallas, TX, 75381 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 26 2024 00:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 26 2024 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 26 2024 00:07:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 14516778 | | Email/Text: mrdiscen@discover.com | Jan 26 2024 00:07:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14516780 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 26 2024 00:07:00 | Rushmore Loan Mgmt Services, 15480 Laguna Canyon Rd Ste 100, Irvine, CA 92618-2132 |
| 14539840 | ^ | MEBN | Jan 26 2024 00:02:56 | SN Servicing Corporation as servicer for, U.S. Bank Trust National Association, c/o Richard Postiglione, Esquire, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14518138 | + | Email/Text: RASEBN@raslg.com | Jan 26 2024 00:07:00 | U.S. Bank Trust National Association, c/o Robertson, Anschutz, Schneid & Crane, 10700 Abbott's Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 14547148 | ^ | MEBN | Jan 26 2024 00:02:49 | U.S. Bank Trust National Association,, as Trustee Chalet Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: pdf900 | Total Noticed: 22 |

    95501-0305

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14516776 | | 20-12768 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

**Name**     **Email Address**

JAMES RANDOLPH WOOD
    on behalf of Creditor North Whitehall Township and Parkland School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MARK A. CRONIN
    on behalf of Creditor US Bank Trust National Association bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor US Bank Trust National Association et al ... bkgroup@kmllawgroup.com

ROGER FAY
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN J. PALOPOLI, III
    on behalf of Debtor John C. Borschel s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John C. Borschel<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-12768-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*

**Date: January 25, 2024**        PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE